IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDWARD W. MATTHEWS, </br> Plaintiff, | ) </br> ) </br> ) |
| vs. | ) CASE NO.: 1:19-cv-4802 SEB-MPB </br> ) |
| NORTH UNITED METHODIST CHURCH, </br> Defendant. | ) </br> ) |

## SUMMONS IN A CIVIL ACTION

TO:   Defendant:

North United Methodist Church
c/o Marie E. Lang, Registered Agent
3808 N. Meridian Street
Indianapolis, IN 46208

  A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robin C. Clay
Curlin & Clay Law, Association of Attorneys
8510 Evergreen Ave. Suite 200
Indianapolis, IN 46240

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: __December 5, 2019__

BY: _____
*Deputy Clerk*

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____, a person of suitable age and discretion who resides there, on *(date)*

_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ _____on *(date)*

_____; or

☐ I returned the summons unexecuted because

_____; or

☐ Other *(specify)*:

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____    _____
                                                               *Server's Signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc.